Paul S. Rosenlund (SBN 87660)
(psrosenlund@duanemorris.com)
Mark A. Steiner (SBN 88124)
(masteiner@duanemorris.com)
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax:          +1 415 957 3001

Attorneys for Defendant PODSHARE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BD HOTELS, LLC, a New York limited liability company,<br><br>             Plaintiff,<br><br>    v.<br><br>PODSHARE, INC., a Delaware Corporation,<br><br>             Defendant. | Case No.: 2:17-cv-8939-PA (PLAx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Jan. 5, 2018<br>Current Response Date: Jan 26, 2018<br>New response date: Feb. 23, 2018<br><br>Judge:    Percy Anderson<br>Complaint Filed: December 12, 2017 |

Pursuant to Local Rule 8-3, the parties stipulate that defendant PodShare, Inc. accepts service of the summons, complaint and related materials in this action (Docket items 1 through 6) through its counsel of record named below, effective January 5, 2018, and that the date for defendant PodShare, Inc. to respond to the summons and complaint shall be extended by not more than 30 days to February 23, 2018.

Dated: January 5, 2018                    **DUANE MORRIS LLP**

                                           By: */s/ Paul S. Rosenlund*
                                           Paul S. Rosenlund
                                           Mark A. Steiner
                                           Attorneys for Defendant
                                           PODSHARE, INC.

#54931388_v1

| | | |
|---|---|---|
| 1 | Dated: January 5, 2018 | **HOLLAND & KNIGHT** LLP |
| 2 | | By: */s/ John A. Canale* |
| 3 | | John A. Canale<br>Attorneys for Plaintiff |
| 4 | | BD HOTELS, LLC |

**DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE:**

Pursuant to Central Dist. LR 5-4.3.4(a)(2), the electronic filer of this Stipulation, John A. Canale, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ John A. Canale*
John A. Canale

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071.

On January 5, 2018, I caused the foregoing document(s) to be served:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

**[X] (BY MAIL):** Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 400 S. Hope Street, 8th Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

Paul S. Rosenlund
Mark A. Steiner
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Email: psrosenlund@duanemorris.com
Email: masteiner@duanemorris.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 5, 2018 at Los Angeles, California.

_____
Ellen Vong